USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/21/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN RAMANATHAN, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

DEUTSCHE BANK AKTIENGESELLSCHAFT, STEFAN KRAUSE, JUERGEN FITSCHEN, ANSHUMAN JAIN, JOHN CRYAN, and MARCUS SCHENCK,

                Defendants.

16 Civ. 3539 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 21, 2016, the Court consolidated the instant case with case number 16 Civ. 3495. ECF No. 9.  On June 28, 2017, the Court granted Defendants' motion to dismiss, dismissed the consolidated actions, and directed the Clerk of Court to close the case.  *See* 16 Civ. 3495, ECF Nos. 109, 110.  Accordingly, the Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: May 21, 2020
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge